# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS SPRINGFIELD DIVISION

| | |
|---|---|
| KARI JUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-cv-3084 |
| ) | |
| MONTGOMERY COUNTY, ) | |
| ILLINOIS, SHERIFF JIM VAZZI, ) | |
| in his official and individual ) | |
| capacities, RICK ROBBINS, ) | |
| KURT ELLER, RICK FURLONG, ) | |
| DOUG WHITE, GREGORY ) | |
| NIMMO and MARY SHIPMAN, in ) | |
| their individual capacities, ) | |
| ) | |
| Defendants, ) | |

## ORDER

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendants' Emergency Motion to Compel (d/e 47) (Motion) requesting an order compelling Plaintiff to immediately comply with the Agreed Protective Order (d/e 44) with regard to designation of "Confidential – Attorneys' Eyes Only" documents, and to retract the letters sent to Plaintiff's health care providers regarding their response to Defendants' subpoenas.  Plaintiff filed an expedited Response (d/e 49).  The matter was set for hearing before the undersigned on June 2, 2015.  Attorney Dana Kurtz was present by telephone on behalf

of Plaintiff.  Attorney Kerin Anderson was present by telephone on behalf of Defendants.  For the reasons stated by the Court on the record during the hearing, Defendants' Motion (d/e 47) is ALLOWED in part and DENIED in part, as follows:

      1)    Plaintiff is ordered to comply with the Agreed Protective Order (d/e 44) by June 5, 2015, by providing Defendants with a list of documents with accompanying Bates numbers that she deems to be properly marked as "Confidential - Attorney's eyes only" due to gynecological information being contained in the documents.  If there is only a portion of the document that contains gynecological information, the Plaintiff is to list those documents and provide to the Defendants, with the list, redacted copies of the documents deleting the gynecological information only.  Plaintiff is to file a copy of the list with the Court noting whether the listed document is redacted.  All produced documents that are not on the list are to be considered "Confidential – Subject to Protective Order" regardless of the marking on the previously produced documents.  Any objections to the list filed prepared and filed by the Plaintiff should be filed by 12:00 p.m. on Monday, June 8, 2015, along with copies of the applicable redacted/unredacted documents attached.  The documents, if any, are to be filed UNDER SEAL, with written motion to seal which will immediately

be allowed by the Court.  If there are objections to the designations filed by the Plaintiff, a telephone conference (Court will place call) will be held at 3:00 p.m. on June 8, 2015 to resolve those objections.   If there are no objections filed, the call will be cancelled.

    2)    Providers that were served with a Subpoena by the Defendants are ordered to comply with said subpoena within 15 days from June 2, 2015.  Plaintiff is ordered to notify by letter the parties to whom she previously sent letters that they are ordered by the Court to comply with the Subpoena within 15 days of June 2, 2015, if they have not already done so.  Plaintiff is to file with the Court the letters notifying the providers subpoenaed that the Court has ordered them to comply with the Subpoenas.  Defendants are to provide Plaintiff with Bates stamped copies of the documents received in response to the Subpoenas within 10 days of receipt of said documents.  Plaintiff is to, within 10 days of receipt of the documents from the Defendants, designate to the Defendants the nature of the designation of the documents under the Agreed Protective Order, indicating which documents are to be marked as "Confidential – Subject to Protective Order" and which are to be marked "Confidential - Attorney's eyes only" in conformance with the terms of the Agreed Protective Order.

3) The Court's Opinion (d/e 48) entered May 28, 2015 is modified to show the fact discovery deadline is July 31, 2015, not July 15, 2015. The deadline was incorrectly stated in the last paragraph on page six.

4) Plaintiff's deposition which the Court has set for Wednesday, June 10, 2015, will begin at 9:00 a.m. (instead of 10:00 a.m. as stated in the Court's Opinion, d/e 48) and will be concluded by 5:00 p.m.

ENTER: June 3, 2015

                                       *s/ Tom Schanzle-Haskins*
                               UNITED STATES MAGISTRATE JUDGE